BENJAMIN B. WAGNER
United States Attorney
ANA MARIA MARTEL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2726

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) 1:94-05260-OWW |
| v. | ) |
| | ) |
| MAHMOUD RAZAVI, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES OF AMERICA'S PETITION FOR REMISSION OF FINE**

The United States of America petitions this Court pursuant to 18 U.S.C. § 3573 for remission of the unpaid criminal fine owed by the defendant, Mahmoud Razavi.

    1.  Mr. Razavi was sentenced by this court on May 12, 1997, to pay a statutory assessment of $50.00 and a fine of $15,000.00.  The statutory assessment has expired by statute, and the current unpaid portion of the fine is $13,847.72.

    2.  Title 18 U.S.C. § 3573 states in part, as follows:

> Upon petition by the Government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the court may, in the interest of justice-

USA's Petition For Remission of Fine              1

          (1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties.

3. The United States Attorney has determined that there is no reasonable likelihood that expending further efforts will result in the collection of the unpaid portion of the fine.  Any further efforts would be contrary to the interests of the United States, as such efforts would needlessly expend resources that could be better directed to areas with greater potential for recovery.

ACCORDINGLY, the United States petitions this Court pursuant to 18 U.S.C. § 3573 for an Order remitting the outstanding balance of the fine owed by the defendant Mahmoud Razavi.

DATED:   9/15/10              Respectfully submitted,

                            BENJAMIN B. WAGNER
                            United States Attorney

                            */s/ Ana Maria Martel*
By: _____
    ANA MARIA MARTEL
    Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 1:94-cr-05260-OWW |
| v. | ) | |
| MAHMOUD RAZAVI, | ) | |
| Defendant. | ) | |

**ORDER FOR REMISSION OF FINE**

This matter is before the court on the petition of the United States for remission of the unpaid portion of the criminal fine owed by the defendant, in accordance with the provisions of 18 U.S.C. § 3573. The court finds it has jurisdiction over the subject matter and the parties, and having reviewed the petition;

ORDERS that the unpaid portion of the criminal fine imposed against the defendant Mahmoud Razavi is hereby remitted.

IT IS SO ORDERED.

**Dated:   November 29, 2010**           /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

USA's Petition For Remission of Fine            1